IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, As Trustee, Successor in interest to Wachovia Bank, N.A., as Trustee for Long Beach Mortgage Loan Trust 2002-1;<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER DAVID CLARK, a single man; JOHN DOE, real names and martial status unknown; and JANE DOE, real names and martial status unknown;<br><br>Defendants. | 8:18CV583<br><br>AMENDED ORDER |

Pursuant to the request of the plaintiff, U.S. Bank National Association, the Court hereby amends the Order to Remand, Filing No. 6, to note that this case is to be remanded to Douglas County Court of Nebraska, not Douglas County District Court of Nebraska.

Dated this 26th day of July, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge